UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates To:**

| | |
|---|---|
| *Angel Babloyan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10794-DRH |
| *Karen Birkelbach v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10470-DRH |
| *Lori Stone v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11683-DRH |

JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissals filed on March 6, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
**ACTING CLERK OF COURT**

BY:   /s/*Caitlin Fischer*
         **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.03.09 12:44:39 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT